## ANTHONY KOSLOSKI *v.* GREENWOODS ASSOCIATES

The petition by Maura Smithies for certification for appeal from the Appellate Court (AC 30146) is denied.

*Maura Smithies*, in support of the petition.

Decided March 5, 2009